**No. 09-1297. Nadeem Hassan, Petitioner v. Janet Napolitano, Secretary of Homeland Security, et al.**

561 U.S. 1007, 130 S. Ct. 3476, 177 L. Ed. 2d 1057, 2010 U.S. LEXIS 5019.

June 21, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 593 F.3d 785.